

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00057-CV

**IN THE INTEREST OF K.A., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53616-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Appellee's first motion for extension of time to file its brief is GRANTED. Appellee's brief is due on **May 22, 2017. No further extensions will be granted.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court